UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN THOMAS ENTLER,

          Plaintiff,

v.

ROY GONZALEZ, et al.,

          Defendant.

CASE NO. 3:17-cv-05407-RBL-JRC

ORDER GRANTING MOTION FOR EXCESS PAGES

    The District Court has referred this 42 U.S.C. § 1983 action to United State Magistrate Judge J. Richard Creatura. Currently pending in this action is plaintiff John Thomas Entler's motion to exceed page limit. Dkt. 26.

    Plaintiff requests that the Court allow him to file a reply 5 pages longer than allowed by local rules. Though motions for overlength briefs are generally disfavored, the Court may consider them if they are filed no later than three days before the brief is due, are no more than two pages in length, and specify the amount of additional space requested. LCR 7(f). Plaintiff

has adhered to those requirements here. Further, he has filed his overlength reply (Dkt. 27) and has adhered to the additional 5 pages he requested in his motion.

Therefore, it is ORDERED:

1) Plaintiff's motion to exceed page limit (Dkt. 26) is granted.
2) The Court will accept plaintiff's overlength reply (Dkt. 27).
3) The Court cautions that, because these motions are generally disfavored, the Court will not look favorably on motions to exceed page limits in the future.

Dated this 2nd day of April, 2018.

J. Richard Creatura
United States Magistrate Judge