UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN THOMAS ENTLER,

    Plaintiff,

v.

ROY GONZALEZ, et al.,

    Defendants.

CASE NO. 3:17-cv-05407 RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's motion for preliminary injunction (Dkt. 18) is **DENIED**.

**DATED** this 27th day of April, 2018.

Ronald B. Leighton
United States District Judge