UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN THOMAS ENTLER,

                    Plaintiff,

          v.

ROY GONZALEZ, et al.,

                    Defendants.

CASE NO. 3:17-cv-05407-RBL-JRC

ORDER DENYING MOTION FOR
PRODUCTION OF RECORDS AND
GRANTING MOTION TO ADD
ADDITIONAL AUTHORITIES

This 42 U.S.C. § 1983 civil rights matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Plaintiff has filed a motion for production of records "for the court's in cam[e]ra review." Dkt. 48. He requests that the Court order defendants to produce prison records for inmates Keith Brian Colberg and Derrick Vargus — two individuals he included in his complaint — alleging that they threatened him. *Id*. However, pursuant to this Court's pretrial scheduling order, the discovery period for this case ended on March 1, 2018. *See* Dkt. 14. As defendants properly note,

1  plaintiff has made no demonstration that he attempted to obtain this information during the

2  discovery period and has not explained the relevance or necessity of the documents.

3      Because plaintiff has filed this request well outside the timeframe designated by the

4  Court and because he has not shown cause to reopen discovery and compel defendants to

5  produce additional evidence, the Court denies plaintiff's motion for production of records. Dkt.

6  48.

7      Plaintiff has also filed a motion to add additional authorities. Dkt. 49. He seeks to bolster

8  his initial response to defendants' motion for summary judgment. Defendants argue that this

9  document is in effect a surreply, which the local rules allow only when moving to strike

10  materials from a reply, and since plaintiff does not move to strike any materials, his pleading is

11  improper. LCR 7(g)(2). However, because *pro se* prisoners are given greater leeway to make

12  relevant arguments to the Court and prisoners' filings are held to a less stringent standard than

13  those filed by attorneys (*see Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (citing

14  *Erickson v. Pardus*, 552, U.S. 89, 94 (2007)), the interests of justice dictate that the Court accept

15  this additional authority. Therefore, the Court grants plaintiff's motion to add additional

16  authorities (Dkt. 49) and will examine those authorities in making a determination on

17  defendants' motion for summary judgment.

18      Dated this 20th day of June, 2018.

19

20  J. Richard Creatura
    United States Magistrate Judge

21

22

23

24

ORDER DENYING MOTION FOR PRODUCTION OF
RECORDS AND GRANTING MOTION TO ADD
ADDITIONAL AUTHORITIES - 2