# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOHN THOMAS ENTLER,

    Plaintiff,

v.

ROY GONZALEZ, et al.,

    Defendants.

CASE NO. 3:17-cv-05407-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     The Court grants defendants' motion for summary judgment (Dkt. 42), and Orders that this action is dismissed with prejudice.

**DATED** this 21st day of September, 2018.

Ronald B. Leighton
United States District Judge